| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | XZAVIAN L. BATTLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-12-254 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| | ) | **TIME** |
| XZAVIAN L. BATTLE, | ) | |
| | ) | Date: October 11, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, August 23, 2012, be vacated and a new status conference hearing date of Thursday, October 11, 2012, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to review discovery with the client, continue investigating the facts of the case, and for meetings between parties with the goal being to resolve the case by way of disposition. In addition, Mr. Morris and Mr. Bockmon are both scheduled to be in trial in late September.

///

///

///

1  It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from
2  the date of this order, August 22, 2012, through and including October 11, 2012, pursuant to 18 U.S.C.
3  §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be
4  served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  August 22, 2012

                                                           Respectfully submitted,

                                                           DANIEL J. BRODERICK
                                                           Federal Defender

                                                           */s/ Matthew C. Bockmon*
                                                           MATTHEW C. BOCKMON
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           XZAVIAN L. BATTLE

Dated:  August 22, 2012                          BENJAMIN B. WAGNER
                                                          United States Attorney

                                                           */s/ Matthew C. Bockmon for*
                                                           MATTHEW MORRIS
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

///

///

///

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 27, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, August 23, 2012, be vacated and that the case be set for **Thursday, October 11, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, August 22, 2012, through and including October 11, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE