```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar # 161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  XZAVIAN L. BATTLE
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   NO. 2:12-cr-00254-MCE
                                     )
12             Plaintiff,            )
                                     )   STIPULATION AND ORDER TO CONTINUE
13       v.                          )   STATUS CONFERENCE AND TO EXCLUDE
                                     )   TIME
14  XZAVIAN L. BATTLE,               )
                                     )   Date:  November 29, 2012
15             Defendant.            )   Time:  9:00 a.m.
                                     )   Judge: Morrison C. England, Jr.
16  _____  )
17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19 Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant

20 Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of

21 Thursday, November 8, 2012, be vacated and a new status conference hearing date of Thursday, November

22 29, 2012, at 9:00 a.m., be set.

23      The reason for this continuance is because defense counsel needs additional time to finalize the plea

24 agreement.

25      It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

26 date of this stipulation, October 23, 2012, through and including November 29, 2012, pursuant to 18 U.S.C.

27 §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

28 continuance outweigh the best interest of the public and the defendant to a speedy trial.

| | |
|---|---|
| Dated: October 23, 2012 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>XZAVIAN L. BATTLE |
| Dated: October 23, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Matthew C. Bockmon for*<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, November 8, 2012, be vacated and that the case be set for **Thursday, November 29, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, October 23, 2012, through and including November 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE