JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
XZAVIAN L. BATTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XZAVIAN L. BATTLE,<br><br>Defendant. | ) | NO. CR-S-12-254 MCE<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

On July 20, 2012, this Court issued an order setting forth the pretrial release conditions for Defendant Xzavian L. Battle. Special Condition of Release No. 8 reads: "You shall seek and/or maintain employment and provide proof of the same as requested by your pretrial services officer." Mr. Battle was attending school and now he stays home with his children. At this time, it is financially beneficial for Mr. Battle and his family that he stay at home with the children rather than work instead of paying the cost of child care.

At the direction of the Office of Pretrial Services, the parties agree that Mr. Battle's employment condition be removed. All other conditions of pretrial release shall remain in place. A proposed order to this effect is attached.

/ / /

/ / /

/ / /

Dated: January 31, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
XZAVIAN L. BATTLE

Dated: January 31, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the pretrial release conditions, set by this court on July 20, 2012, for defendant Xzavian L. Battle, are hereby modified removing the employment condition. All other conditions are to remain in place.

Dated: January 31, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE