1 JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
2 MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 XZAVIAN L. BATTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-0254-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| XZAVIAN L. BATTLE, | ) |
| Defendant. | ) Date: February 28, 2013 <br> ) Time: 9:00 a.m. <br> ) Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, January 31, 2013, be vacated and a new status conference hearing date of Thursday, February 28, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, January 29, 2013, through and including February 28, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

///

continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: January 29, 2013

                                        Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

                                         */s/ Matthew C. Bockmon*
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        XZAVIAN L. BATTLE

Dated: January 29, 2013                BENJAMIN B. WAGNER
                                        United States Attorney

                                         */s/ Matthew C. Bockmon for*
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on January 29, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, January 31, 2013, be vacated and that the status conference be set for **Thursday, February 28, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, January 29, 2013, through and including February 28, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

Dated: February 1, 2013

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT JUDGE