| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
XZAVIAN L. BATTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-12-254 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| XZAVIAN L. BATTLE, | |
| Defendant. | Date: May 2, 2013 |
| | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, March 28, 2013, be vacated and a new status conference hearing date of Thursday, May 2, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, March 26, 2013, through and including May 2, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

///

| | |
|---|---|
| 1 | continuance outweigh the best interest of the public and the defendant to a speedy trial. |
| 2 | Dated:  March 26, 2013 |

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

_/s/ Matthew C. Bockmon_
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
XZAVIAN L. BATTLE

Dated:  March 26, 2013                          BENJAMIN B. WAGNER
                                                United States Attorney

                                                _/s/ Matthew C. Bockmon for_
                                                MATTHEW MORRIS
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 26, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 28, 2013, be vacated and that the case be set for **Thursday, May 2, 2013, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 26, 2013, through and including May 2, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Date:  March 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE