```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  XZAVIAN L. BATTLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-12-254 MCE |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | ) ) | |
| XZAVIAN L. BATTLE, | ) ) | Date: May 16, 2013 |
| Defendant. | ) ) ) | Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, May 2, 2013, be vacated and a new status conference hearing date of Thursday, May 16, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, April 30, 2013, through and including May 16, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

///

continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: April 30, 2013

                                                        Respectfully submitted,

                                                        JOSEPH SCHLESINGER
                                                        Acting Federal Defender

                                                        */s/ Matthew C. Bockmon*
                                                        MATTHEW C. BOCKMON
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        XZAVIAN L. BATTLE

Dated: April 30, 2013                       BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        */s/ Matthew C. Bockmon for*
                                                        MATTHEW MORRIS
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 1, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, May 2, 2013, be vacated and that the case be set for **Thursday, May 16, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, April 30, 2013, through and including May 16, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

May 1, 2013

                                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                      UNITED STATES DISTRICT COURT