| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | XZAVIAN L. BATTLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-cr-0254 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| v. | ) | **TIME** |
| | ) | |
| XZAVIAN L. BATTLE, | ) | Date: May 30, 2013 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, May 16, 2013, be vacated and a new status conference hearing date of Thursday, May 30, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, May 14, 2013, through and including May 30, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

/ / /

continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: May 14, 2013

                                                          Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          */s/ Matthew C. Bockmon*
                                                          MATTHEW C. BOCKMON
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          XZAVIAN L. BATTLE

Dated: May 14, 2013                        BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          */s/ Matthew C. Bockmon for*
                                                          MATTHEW MORRIS
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 15, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, May 16, 2013, be vacated and that the case be set for **Thursday, May 30, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 14, 2013, through and including May 30, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED

Date: May 16, 2013

                                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                          UNITED STATES DISTRICT COURT