| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | XZAVIAN L. BATTLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-cr-0254 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE AND TO EXCLUDE** |
| | ) | **TIME** |
| XZAVIAN L. BATTLE, | ) | |
| | ) | Date: June 27, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, XZAVIAN L. BATTLE, that the status conference hearing date of Thursday, June 13, 2013, be vacated and a new status conference hearing date of Thursday, June 27, 2013, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to finalize the plea agreement.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this stipulation, June 11, 2013, through and including June 27, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4, and that the ends of justice to be served by granting the

///

continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: June 11, 2013

                 Respectfully submitted,

                 HEATHER E. WILLIAMS
                 Federal Defender

                 */s/ Matthew C. Bockmon*
                 MATTHEW C. BOCKMON
                 Assistant Federal Defender
                 Attorney for Defendant
                 XZAVIAN L. BATTLE

Dated: June 11, 2013          BENJAMIN B. WAGNER
                 United States Attorney

                 */s/ Matthew C. Bockmon for*
                 MATTHEW MORRIS
                 Assistant U.S. Attorney
                 Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 11, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, June 13, 2013, be vacated and that the case be set for **Thursday, June 27, 2013, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 11, 2013, through and including June 27, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Date: June 11, 2013

                 _____
                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                 UNITED STATES DISTRICT COURT